YIFAT Y HASSID (SBN 198930)
LAW OFFICES OF YIFAT HASSID
1900 AVENUE OF THE STARS
SUITE 1800
LOS ANGELES, CALIFORNIA 90067
(310) 551-9898

Attorneys for Defendant,
BENJAMIN WIZMANN

RECEIVED
08 JAN -8 PM 3:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 00-274-CRB |
| Plaintiff, | CR 01-9-CRB |
| v. | STIPULATION TO MODIFY CONDITIONS OF RELEASE; DECLARATION OF YIFAT Y HASSID [~~PROPOSED~~ ORDER] |
| BENJAMIN WIZMANN, YACOV YIDA and JOSEPH GILBOA, | |
| Defendants. | SAN FRANCISCO VENUE |

It is hereby stipulated and agreed for the following modifications to conditions of release of Ben Wizmann:

1. Permission to travel to and throughout the United States with the knowledge and consent of the US Probation Officer;

- 1 -

STIPULATION TO MODIFY CONDITIONS OF RELEASE; DECLARATION OF YIFAT Y HASSID [PROPOSED ORDER]

1
2. Permission to travel to China, Israel, Germany, France, England, Italy and Morocco with the knowledge and consent of the US Probation Officer;
3. Permission to apply and receive a new passport;
4. All other conditions to remain the same.

This stipulation to modify conditions of release is based upon the accompanying declaration of Yifat Y Hassid, counsel for Benjamin Wizmann.

STIPULATED AND AGREED:

Date: 12-16-07

Yifat Y Hassid
Counsel for Defendant,
BENJAMIN WIZMANN

Date: 12/14/07

James Chou, Esq.
Counsel for Plaintiff,
UNITED STATES OF AMERICA

-2-

STIPULATION TO MODIFY CONDITIONS OF RELEASE; DECLARATION OF YIFAT Y HASSID [PROPOSED ORDER]

# DECLARATION OF YIFAT Y HASSID

I, Yifat Y Hassid, declare:

1. I am an attorney admitted to practice before all courts of the State of California. I am counsel of record for defendant Benjamin Wizmann in United States v. Wizmann et al., CR 00-274-CRB.

2. Defendant Benjamin Wizmann was before this honorable court for sentencing following his guilty plea to count two of the first superseding indictment, CR 000-274-CRB. On December 16, 2004, Defendant Benjamin Wizmann was, among other things, sentenced to surrender to the Bureau of Prisons, as well as pay certain monetary penalties. Both of these requirements have been met timely and Defendant Benjamin Wizmann has since been released and is currently under supervised release with US Probation Officer B. Udolph.

3. Defendant Benjamin Wizmann had never been arrested prior to this instance, and has had no arrests or charges since his release.

4. Defendant Benjamin Wizmann states that he has a business which requires him to travel outside the country.

5. I have spoken to AUSA James Chou about the modification and he is in agreement that that the conditions may be modified.

6. I have spoken to US Probation Officer B. Udolph about the modification and he is in agreement that that the conditions may be modified.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of January, 2008 at Los Angeles.

Yifat Y Hassid

- 3 -

# [~~PROPOSED~~] ORDER

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the following modifications be made to the conditions of release of Ben Wizmann:

5. Permission granted to travel to and throughout the United States with the knowledge and consent of the US Probation Officer;
6. Permission granted to travel to China, Israel, Germany, France, England, Italy and Morocco with the knowledge and consent of the US Probation Officer;
7. Permission granted to apply and receive a new passport;
8. All other conditions to remain the same.

Date: Jan. 09, 2008

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY MAIL AND FACSIMILE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1900 Avenue of the Stars, Los Angeles, California 90067.

On January 7, 2008, I served the STIPULATION TO MODIFY CONDITIONS OF RELEASE; DECLARATION OF YIFAT Y HASSID [PROPOSED ORDER] on the interested parties in this action by facsimile transmission to the below telefax number and by placing a **true copy** thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

James T. Chou, Esq.
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102
415-436-6753

(X) **BY MAIL**
I am readily familiar with the business practice of my place of employment in respect to the collection and process of correspondence, pleadings and notices of mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

(X) **VIA FACSIMILE TRANSMISSION**

I caused all the pages of the above entitled document to be sent to the recipients noted above via facsimile transmission (FAX) at the respective telefax numbers.

[X] (FEDERAL)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2008 at Los Angeles, California.

/s/ Sibel Nercessian

- 5 -

STIPULATION TO MODIFY CONDITIONS OF RELEASE; DECLARATION OF YIFAT Y HASSID [PROPOSED ORDER]

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

                Plaintiff,

v.

GILBOA et al,

                Defendant.
_____/

Case Number: CR00-00274 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James T. Chou
U.S. Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

Yifat Y Hassid
Law Offices of Yifat Hassid
1900 Avenue of the Stars
Ste 1800
Los Angeles, CA 90067

Dated: January 9, 2008

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk